IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 3:17-cr-30090-MJR |
| | ) | |
| vs. | ) | Title 18, United States Code, Sections 2, |
| | ) | 922(g) and 924(d), 924(c), 1513, and 3147. |
| TEREZE L. FENDERSON, | ) | |
| | ) | Title 28, United States Code, Section 2461. |
| | ) | |
| Defendant. | ) | |

FILED
JUN 0 7 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### FELON IN POSSESSION OF A FIREARM

On or about February 5, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Involuntary Manslaughter, on or about June 1, 2005, in Cause Number 05-CF-9302, in St. Clair County, Illinois, did knowingly possess, in and affecting interstate commerce, firearm, to wit: a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**TEREZE L. FENDERSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995, and any and all ammunition contained therein.

### COUNT 2
### FELON IN POSSESSION OF A FIREARM AND FIREARM AMMUNITION

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

### TEREZE L. FENDERSON,

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Involuntary Manslaughter, on or about June 1, 2005, in Cause Number 05-CF-9302, in St. Clair County, Illinois, did knowingly possess, in and affecting interstate commerce, a 9 mm firearm and 9 mm luger ammunition, and a .40 caliber firearm and .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 2.

### COUNT 3
### ATTEMPTING TO RETALIATE AGAINST A WITNESS

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

### TEREZE L. FENDERSON,

did knowingly engage in conduct that caused bodily injury to T.R., with the intent to retaliate against T.R., in that **FENDERSON** shot T.R. with a firearm believing that T.R. had given information to a law enforcement officer relating to the commission or possible commission of a

2

Federal offense, in violation of Title 18, United States Code, Section 1513(b)(2), and Title 18, United States Code, Section 2.

## COUNT 4
### DISCHARGE OF A FIREARM IN CONNECTION WITH A CRIME OF VIOLENCE

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, did knowingly discharge, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempting to Retaliate Against a Witness, as set forth in Count 3, all in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5
### DISCHARGE OF A FIREARM IN CONNECTION WITH A DRUG TRAFFICKING CRIME

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, did knowingly discharge, carry, and use a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute, and Possess With Intent to Distribute, marijuana (Title 21 United States Code Sections 846 and 841), all in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18, United States Code, Section 2.

3

### ADDITIONAL ALLEGATION
### COMMITTING AN OFFENSE WHILE ON PRETRIAL RELEASE

The defendant, **TEREZE L. FENDERSON**, was on pre-trial release pursuant to an order of the United States District Court for the Southern District of Illinois, dated September 20, 2017, (Cause No. 3:17-cr-30090-MJR, Doc. 12) that notified him of the potential effect and consequences of committing an offense while on pretrial release. Thereafter, on or about October 22, 2017, the defendant committed the offenses set forth in Counts Two through Six of this Superseding Indictment, all in violation of Title 18, United States Code, Section 3147.

**A TRUE BILL**

_____
STEVEN D. WEINHOEFT
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention

4