# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 14, 2022

To:  Margaret M. Robertie
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

| | |
|---|---|
| No. 21-1997 | TEREZE L. FENDERSON,<br>       Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>       Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:19-cv-01025-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                            No record to be returned

form name: **c7_Mandate**    (form ID: **135**)

*CERTIFIED COPY*
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit