# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted November 15, 2021
Decided November 22, 2021

**Before**

DIANE S. SYKES, *Chief Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 21-1997

| | |
|---|---|
| TEREZE FENDERSON,<br>    *Petitioner-Appellant,*<br><br>    *v.*<br><br>UNITED STATES OF AMERICA,<br>    *Respondent-Appellee.* | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 3:19-CV-1025-SPM<br><br>Stephen P. McGlynn,<br>*Judge.* |

## O R D E R

Tereze Fenderson has filed a request for a certificate of appealability following the denial of his motion under 28 U.S.C. § 2255. We have reviewed the final order of the district court and the record on appeal and find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability and motion to proceed in forma pauperis are DENIED.